# Exhibit A

2:36 pm

( mayor )
OAC
02/03/2015
m.T



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

DAVID FRANK
   Vs.

C.A. No.   2015 CA 000730 B

THE DISTRICT OF COLUMBIA

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to:  Judge JEANETTE J CLARK
Date:   January 30, 2015
Initial Conference: 9:30 am, Friday, April 03, 2015
Location:  Courtroom 221
       500 Indiana Avenue N.W.
       WASHINGTON, DC  20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

DAvid frank
_____
Plaintiff

vs.                                    Case Number **15 - 0 0 0 0 7 3 0**

District of Columbia
_____
Defendant

Serve : MAYOR Muriel Bowser

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jane Norman
_____
Name of Plaintiff's Attorney

777 6th st NW #410
_____
Address

washington, DC 20001

202 423 3663
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date 2/20/15

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                    Demandante
          contra
                                         Número de Caso: _____
_____
                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

_____        Por: _____
Dirección                                          Subsecretario

                                        Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요          የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

_David Frank_
Plaintiff

vs.

_District of Columbia_
Defendant

_Serve: AG Karl A. Racine_

**SUMMONS**

15 - 0 0 0 0 7 3 0

Case Number _____

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Jane Norman_
Name of Plaintiff's Attorney

_777 6th St NW #410_
Address

_Washington, DC 20001_

_202 - 423 - 3863_
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _01/30/15_

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오.    ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ።

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                            CASUM.doc





## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

|  |  |
|---|---|
|  | Demandante |
| contra |  |

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

_____
Dirección                                           Por: _____
                                                                        Subsecretario

_____
Teléfono                                           Fecha: _____

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화하십시요           የአማርኛ ተናጋሪ ከፈለጉ (202) 879-4828 ይደውሉ

**IMPORTANTE:** SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

DAVID FRANK:
c/o Bond & Norman, PLLC
777 6th St. NW                         :
Suite 410                              ;
Washington, DC 20001                   :
                                       ;
                                       :
        Plaintiff,                     :
Vs.                                    :
                                       :    C.A.    **15 - 0000730**
The District of Columbia               :
A Municipal Corporation                :
441 4th St. NW                         :
Washington, DC 20001                   :
                                       :
Serve: Mayor Muriel Bowser             :
1350 Pennsylvania Ave. NW #316         :
Washington, DC 20004                   :
                                       :
Serve: Attorney General Karl A. Racine :
Office of the Attorney General         :
441 4th St. NW                         :
Washington, DC 20001                   :
                                       :
                                       :
        Defendant                      :



## COMPLAINT

COMES NOW the Plaintiff, David Frank, by his attorneys, Jane Carol Norman,

Bond & Norman PLLC and sues the defendant District of Columbia and avers as

follows:

### Jurisdiction

1.   This Court has jurisdiction of this action pursuant to D.C. Code Section 11-921

     (1981 Edition) and D.C. Code Section 24-442 (1981 edition).

## Parties

2.  The Plaintiff David Frank is an adult natural person who resides in the District of Columbia. At all times mentioned herein he was a prisoner incarcerated under the care and custody of the defendant District of Columbia (hereinafter "District,") at the Central Detention Facility (hereinafter "D.C. Jail.")

3.  The Defendant, District of Columbia, is a municipal corporation in charge of operating the D.C. Jail through its agency the D.C. Department of Corrections. At all times mentioned herein, the District was responsible for hiring, training, and supervision of all of its agents, servants and employees employed at the D.C. Jail.

## Venue

4.  All events complained of herein occurred within the District of Columbia.

## Statutory Notice

5.  Plaintiff timely filed a notice pursuant to D.C. Code Section 12-309 with the Mayor of the District of Columbia.

## Factual Background

6.  The District is charged by D.C. Code Section 24-442 (1981 edition) with responsibility for the safekeeping, care, protection, instruction and discipline of all persons committed to its penal institutions.

7.  On or about January 4, 2014 Plaintiff David Frank was an inmate committed to the D.C. Jail while awaiting disposition on criminal charges. He was housed on cell block Northwest 1. At or around between 3:00 pm and 6:00 p.m. while on the cell block Mr. Frank was stabbed repeatedly with a sharp object otherwise known as a shank by another inmate named James Barber. Mr. Frank was stabbed multiple

times and as a result suffered deep lacerations in the lower lip, right face, right eyebrow, right upper back, mid thoracic area, left and right side, left upper thigh, right arm, right hand, left 2nd digit. He also suffered abrasions to his right eyebrow, left upper arm, left knee and right knee amongst other injuries. He was also kicked in the head.  Plaintiff Frank had done nothing to provoke or justify this attack. In fact he was leaving his cell for an inmate visit when James Barber pulled out his shank and started stabbing. Correctional officers, acting in the course and scope of their employment with the District, and acting under color of state law, observed the vicious assault but failed to intervene or stop the attack or to help Plaintiff Frank in any way. The assault went on for a period of time and finally the assailant fled, leaving David Frank bleeding and seriously injured. Plaintiff Frank was transported to Howard University Hospital where he was treated for his multiple injuries, wounds, lacerations and abrasions. He also received emergency care at the D.C. Jail.

## COUNT ONE

### Negligence

8.   Plaintiff hereby incorporates paragraphs 1 through 7, inclusive, as if set forth at length herein.  That on or about January 4, 2014 the defendant District, acting through its agents, servants and employees in the scope of their employment, and acting under color of state law, owed a duty of care to the plaintiff, David Frank, that the plaintiff should be reasonably and safely held while incarcerated within the D.C. Department of Corrections. The defendant District breached this duty by allowing David Frank to be assaulted, battered, stabbed and otherwise seriously

injured on January 4, 2014 because defendant District breached its duty by, amongst other things, failing to properly hire, train, and supervise employees of the D.C. Jail; failing to control lethal contraband and/or homemade shanks; failing to properly monitor and control inmate movement; failing to properly shakedown the Northwest 1 unit of the D.C. Jail to ensure contraband control; failure to properly shakedown inmates on the Northwest 1 unit of the D.C. Jail to ensure contraband control; failing to properly classify and house inmates under its care, custody and control; failing to react to an emergency situation; failing to have adequate staff; negligently placing inmate James Barber on the same cellblock as plaintiff Frank; failing to follow their own rules and regulations; and otherwise failing to follow normal and accepted penological practices.

9. That as a direct and proximate result of and/or all of the aforesaid negligent and/or wrongful acts of defendant, District of Columbia, the plaintiff sustained severe personal injuries and bodily damages to the parts and portions of his body, including multiple stab wounds as set forth above, nerve damage to his right hand, pain and suffering, emergency medical care, continuing medical care, medical bills, scarring, embarrassment, shame, humiliation, nervousness, flashbacks, nightmares, difficulty getting to sleep, difficulty staying asleep, depression and other psychological problems including but not limited to post-traumatic stress disorder and an inability to perform his normal and usual activities. Further as a result of the attack plaintiff Frank became suicidal and indeed attempted suicide as a direct result of the vicious shank attack upon him. Plaintiff Frank was taken to Howard University Hospital as a result of the attack.

### COUNT II

Civil Rights Violations

10. Plaintiff hereby incorporates paragraphs 1 through 9, inclusive, as if set forth at length herein.

11. This cause of action is brought pursuant to Title 42 U.S.C. Section 1983 and the Constitution of the United States, in particular but not limited to the Eighth Amendment thereto.

12. That the assault, battery and stabbing that occurred on January 4, 2014 was caused by defendant's deliberate indifference to plaintiff's health and safety. Said assault, battery and stabbing resulted in cruel and unusual punishment in violation of the Eighth Amendment to the Constitution. Further plaintiff's safety was in great jeopardy by being placed in a housing unit where numerous weapon assaults had taken place without proper security procedures being put into place, or in the alternative if they were put into place were not being followed; and by being put in the same cellblock as James Barber whom the defendant District knew or should have known should not have been housed with plaintiff Frank.

13. That defendant District knew or should have known of the dangerous propensities of plaintiff's assailant James Barber and of the particular housing unit where plaintiff was being held.

14. The defendant District further violated David Frank's civil rights by allowing him to be assaulted, battered, stabbed and otherwise seriously injured on January 4,

2014 because defendant District through its deliberate indifference, pattern and practice including but not limited to failing to properly hire, train, and supervise employees of the D.C. Jail; failing to control lethal contraband and/or homemade shanks; failing to properly monitor and control inmate movement; failing to properly shakedown the Northwest 1 unit of the D.C. Jail to ensure contraband control; failing to properly shakedown inmates on the Northwest 1 unit of the D.C. Jail to ensure contraband control; failing to properly classify and house inmates under its care, custody and control; failing to react to an emergency situation; failing to have adequate staff; placing inmate James Barber on the same cellblock as plaintiff Frank; failing to follow their own rules and regulations; and otherwise failing to follow normal and accepted penological practices.

15.  That the defendant District has incarcerated the plaintiff David Frank and has stripped him of all means of self-protection and defendant is constitutionally required to provide prisoners with protection from being stabbed, assaulted and battered. In the case, the defendant District was deliberately indifferent to these needs.

16.  That as a direct and proximate result of and/or all of the aforesaid negligent and/or wrongful acts of defendant, District of Columbia, the plaintiff sustained severe personal injuries and bodily damages to parts and portions of his body, as set forth above, including multiple stab wounds as set forth above, nerve damage to his right hand, pain and suffering, emergency medical care, continuing medical care, medical bills, scarring, embarrassment, shame, humiliation, nervousness, flashbacks, nightmares, difficulty getting to sleep, difficulty staying asleep,

depression and other psychological problems including but not limited to post-traumatic stress disorder and an inability to perform his normal and usual activities. Further as a result of the attack plaintiff Frank became suicidal and indeed attempted suicide as a direct result of the attack upon him. Plaintiff Frank was taken to Howard University Hospital as a result of the attack.

WHEREFORE, plaintiff David Frank demands judgment against defendant, District of Columbia, in the sum of One Million Dollars plus interest from the date of the occurrence at the prevailing rate, costs and attorney's fees in this action.

Respectfully Submitted,

Jane Carol Norman #384030
Bond & Norman PLLC
777 6th St. NW
Suite 410
Washington, DC 20001
202-423-3863
Fax: 202-207-1041
Email: janenorman@bondandnorman.com

Attorneys for the Plaintiff,
David Frank

## DEMAND FOR JURY TRIAL

Plaintiff hereby makes a demand for trial by jury as to all issues.

Jane Carol Norman

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

_David Frank_                    Case Number: _____

                         vs              Date: __01 / 30 / 15__

_District Of Columbia_ ☐ One of the defendants is being sued
                                        in their official capacity.

| Name: (Please Print) _Jane Norman_ | Relationship to Lawsuit |
|---|---|
| Firm Name: _Bond + Norman_ | ☒ Attorney for Plaintiff |
| Telephone No.:            Six digit Unified Bar No.: _202 423 3823_ | ☐ Self (Pro Se)  ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury    ☒ 6 Person Jury    ☐ 12 Person Jury
Demand: $ _1,000,000_                    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____    Judge: _____    Calendar #:_____

Case No.:_____    Judge: _____    Calendar#:_____

---

**NATURE OF SUIT:**    (Check One Box Only)

**A. CONTRACTS**                                          **COLLECTION CASES**

☐ 01 Breach of Contract        ☐ 07 Personal Property       ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty        ☐ 09 Real Property-Real Estate ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument     ☐ 12 Specific Performance     ☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 15 Special Education Fees     ☐ 13 Employment Discrimination ☐ 18 OVER $25,000 Consent Denied
☐ 10 Mortgage Foreclosure

---

**B. PROPERTY TORTS**

☐ 01 Automobile                ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion                ☐ 04 Property Damage                   ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

---

**C. PERSONAL TORTS**

☐ 01 Abuse of Process                  ☐ 09 Harassment                          ☒ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection           ☐ 10 Invasion of Privacy                         Not Malpractice)
☐ 03 Assault and Battery               ☐ 11 Libel and Slander                   ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury       ☐ 12 Malicious Interference              ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)        ☐ 13 Malicious Prosecution               ☐ 20 Friendly Suit
☐ 06 False Accusation                  ☐ 14 Malpractice Legal                   ☐ 21 Asbestos
☐ 07 False Arrest                      ☐ 15 Malpractice Medical (Including Wrongful Death) ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                             ☐ 16 Negligence- (Not Automobile,        ☐ 23 Tobacco
                                              Not Malpractice)                   ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Jun 13

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation
  Under $25,000 Pltf.
  Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)

- ☐ 10 T.R.O./ Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award
  (DC Code § 16-4401)

- ☐ 25 Liens: Tax/Water Consent Granted
- ☐ 26 Insurance/ Subrogation
  Under $25,000 Consent Denied
- ☐ 27 Insurance/ Subrogation
  Over $25,000 Pltf. Grants Consent
- ☐ 28 Motion to Confirm Arbitration
  Award (Collection Cases Only)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/ Water Consent Denied
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower
- ☐ 34 Insurance/Subrogation
  Over $25,000 Consent Denied

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a) (1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

_____
Attorney's Signature

1/30/15
Date

CV-496/Jun 13

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

FILED
CIVIL ACTIONS BRANCH
FEB 04 2015
Superior Court of the
District of Columbia
Washington, D.C.

Civil Action No. 2015 CA 730 B

David Frank _____ VS District of Columbia
**Plaintiff**                    **Defendant**   Serve: Attorney
General Karl
Racine

## AFFIDAVIT OF SERVICE BY SPECIAL PROCESS SERVER

I, William Bond _____, age 18 or older, residing or working
at 777 6th St NW #410 _____, am not a party and have
no interest in this case. On Feb 3rd , 20 15 , at 2:30 AM/PM.

**1.** I served a copy of the summons, complaint, initial order, and addendum if necessary,
and any attachments as follows on **defendant** District of Columbia
by serving Attorney General
☐ Personally at _____ Karl Racine _____.

☐ By leaving said copy with _____, a person
of suitable age and discretion, who stated that he/she resides with the defendant at
_____

☒ By leaving said copy with Marjorie Thomas at
Office of Attorney General Suite 630. 441
He/She stated that they are authorized to accept service on behalf of the above defendant 4th St.
by statute or law and his/her official capacity is Program Support NW DC
A407.

**2.** Below, you must set forth specific facts from which the Court can determine that
process was served as indicated above and in compliance with SCR CIV 4, including a
physical description (approximate age, height, weight) of any person on whom service
was made:
Marjorie Thomas is designated by the
District of Columbia to accept service as
its Agent. African American, older, heavy set,
walks w/a cane

_____ Process Server

Subscribed and sworn to before me this 4 day of Feb , 20 15 .

_____        9-14-19
Notary Public / Deputy Clerk     My Commission Expires

**NOTE:  A separate Affidavit of Service is required for each named Defendant**



Form CV-3035/Jun 2011

FILED

Form. 106 A   JAN 3 0 2015

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
FAMILY COURT and CIVIL DIVISION

_David Frank_
Plaintiff/Petitioner

v.

Case no: **15 - 0 0 0 7 3 0**

_District of Columbia_
Defendant/Respondent

## APPLICATION TO PROCEED WITHOUT PREPAYMENT
## OF COSTS, FEES, OR SECURITY (*In Forma Pauperis*)
### Form 106A

I, _David Frank #307945_ am the (check one)
☒ Plaintiff/Petitioner   ☐ Defendant/Respondent

I need an interpreter for this case.   I speak the following language:
_____ [Insert Language].

I respectfully ask permission to proceed in this case without pre-paying costs or fees and without giving security for them because I am not able to do so without substantial hardship to myself or to my family. In support of this request, I state the following:

Check and answer only those that apply.

### <u>INCOME</u>

1. I receive the following public benefits, and the law presumes that I am eligible to proceed without prepayment of costs, fees, or security (<u>see</u> D.C. Code § 15-712):

   ☐ Temporary Assistance for Needy Families (TANF)
   ☐ General Assistance for Children (GAC)
   ☐ Program on Work, Employment and Responsibility (POWER)
   ☐ Supplemental Security Income (SSI)



2. Even though I do not receive the above public benefits, I receive the following similar benefits and, therefore, request that my Application be approved:

☐ Interim Disability Assistance (IDA) because my SSI application has not been approved/certified

☐ Medicaid

☒ DC Healthcare Alliance or the following similar health benefits (describe) _Unity Healthcare Du Jail + Correctional Treatment Facility_

If you checked any of the above boxes, you do not need to answer any more questions and may skip to the section called "Declaration." Otherwise, you must answer the rest of the questions on this form. If additional information is required, you will be notified.

3. My total income over the past 12 months from all sources (including, but not limited to, my job, other wages or business income, rental income, pensions, annuities or life insurance payments, worker's compensation, unemployment compensation or insurance, annual interest or dividends, gifts, alimony or spousal support, inheritance or trust income) is $_____.

4. I am presently unemployed. The last date I worked was on
_____, _____.
      Month          Year

more than 12 months ago I am incarcerated

**DEPENDENTS**

5. How many people live in your household and depend on you for support: _N/A_. Of these people, how many are minor children or elderly? _N/A_.

I am incarcerated

Form 106A

## ASSETS

6. I state the following about my property:

I have $_____ ~~Ø~~ _____ in cash, including money in savings or checking accounts.

I own the vehicles, personal home, other real estate, stock, bonds, or other valuable property, besides household furnishings and clothing, listed below:

_____ ~~Ø~~ _____
_____
_____.

List the Property

## EXPENSES

7.  This is my best estimate of the monthly expenses for myself and the people in my household who depend on me for support:  I am incarcerated

    Housing (rent, mortgage, taxes, & insurance): $ N/A
    Public Transportation and Gasoline: $ N/A
    Automobile Loan, Insurance, Maintenance: $ N/A
    Health (medical, dental, vision, prescriptions, insurance): $_____
    Food and other Household Necessities: $ N/A
    Utilities (including gas, electric, water, phone, internet): $ N/A
    Clothing: $ N/A
    Child Support: $ N/A
    Childcare (including diapers, daycare): $ N/A
    Other (explain in detail): $ N/A

**Total Estimated Monthly Expenses**: $ N/A

       Form 106A

## OTHER SPECIAL CIRCUMSTANCES

☒ 8. (Optional) Explain any other special circumstances that you want to have considered in support of your request, including any large monthly expenses, debts, wage or bank account garnishments, and/or judgments.

I have been incarcerated in the DC Jail and then the Correctional Treatment Facility since 1/11/14 I am currently incarcerated in CTF. My Case # is 2014 CF1 713. My DCDC # is 307 945

Form 106A

## DECLARATION

**REQUIRED**:   I solemnly swear or affirm under criminal penalties for the making of a false statement, which includes 180 days in jail or a $1,000 fine or both, that I have read this Application and that the factual statements made in it are true to the best of my personal knowledge, information and belief.[1]

_David A. Frank_
Signature

_Correctional Treatment Facility_
Address

_1901 E ST SE Washington DC 2000_
Phone Number

_01/30/15_
Date

## POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION TO PROCEED WITHOUT PREPAYMENT OF COSTS, FEES, OR SECURITY

1.   D.C. Code § 15-712.
2.   D.C. Code § 22-2405.
3.   Civil Rule 54-II, Domestic Relations Proceedings Rule 54-II, and Family Rule R.
4.   *Adkins v. E.I. Du Pont de Nemours & Co., Inc.*, 335 U.S. 331 (1948).
5.   *Harris v. Harris*, 137 U.S. App. D.C. 318, 322, 424 F.2d 806 (1970), *cert. denied*, 400 U.S. 826 (1970) ("*in forma pauperis* relief not limited to those who are public charges or absolutely destitute").
6.   *Green v. Green*, 562 A.2d 1214 (D.C. 1989) (statute "effectuates the fundamental principle that every litigant should be provided equal access to the courts without regard to financial ability").
7.   *Herbin v. Hoeffel*, 727 A.2d 883, 887 (D.C. 1999) (court officers serve process in *in forma pauperis* cases).
8.   *Cabillo v. Cabillo*, 317 A.2d 866, 866 (D.C. 1974) (per curiam) (reversing denial of *in forma pauperis* status and mandating granting of petition where litigant's income "only slightly above the welfare standard").

---

[1] When you come to court, you may be asked questions about this Application.  If your responses are not truthful, you could face additional criminal penalties.

Form 106A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT and CIVIL DIVISION

_David Frank_

Plaintiff/Petitioner

v.

_District Of Columbia_

Defendant/Respondent

FILED
CIVIL ___NCH
JAN 30 2015
Wash___

Case No. **15 - 0 0 0 7 3 0**

## ORDER

Having considered ☑ Plaintiff/Petitioner's   ☐ Defendant/Respondent's

Application to Proceed without Prepayment of Costs, Fees, or Security, it is

hereby ordered that the Application is:

☐   **GRANTED** in this Family Court case and, pursuant to Domestic

Relations Rule 54-II, witnesses will be subpoenaed without

prepayment of witness fees;

☑   **GRANTED** in this Civil Division case and, pursuant to Civil Rule 54-II,

the officers of the Court will issue and serve all process; witnesses will

be subpoenaed without prepayment of witness fees;

☐   **DENIED**

    ☐   For the following reasons: _____

        _____

    ☐   For the reasons stated on the record in open court and in the

        presence of the applicant or his or her counsel;

_1-30-15_ | _Brenda M. Mitchell Parker_
Date | Judge

6



Case: 2015 CA 000730 B

Form 106A